# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3331

_____

Wayne Nichols,                                            *
                                                         *
                 Appellant,                              *
                                                         *   Appeal from the United States
        v.                                               *   District Court for the
                                                         *   Western District of Arkansas.
Jose Chacon, Arkansas State Police,                      *
in his official and individual capacity,                 *   [UNPUBLISHED]
                                                         *
                 Appellee.                               *

_____

Submitted: July 6, 2001
Filed: September 27, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

After the district court[1] granted Wayne Nichols summary judgment as to liability in his 42 U.S.C. § 1983 lawsuit against Arkansas State Police Trooper Jose Chacon, the jury awarded Nichols $2000 in compensatory damages and $2000 in punitive damages. The court then granted Chacon's motion for judgment as a matter of law striking the punitive damages. Nichols appeals.

_____

[1]The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas.

Having reviewed de novo the district court's grant of Chacon's motion, see Fletcher v. Price Chopper Foods of Trumann, Inc., 220 F.3d 871, 875 (8th Cir. 2000) (standard of review), we agree that Nichols did not adduce any evidence that Chacon's conduct was "motivated by evil motive or intent, or . . . involve[d] reckless or callous indifference to [Nichols's] federally protected rights," see Smith v. Wade, 461 U.S. 30, 56 (1983) (standard for punitive damages in § 1983 actions).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.